UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CORTEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>BERRY PETROLEUM, et al.,<br><br>             Defendants. | CASE NO. 1:20-cv-00150 NONE JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 10)** |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 10) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than July 17, 2020**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **June 17, 2020**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

119727633.1  1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE**
**CASE NO. 1:16-CV-01300-LJO-JLT**