1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DIANA CORTEZ, an individual,              No.  1:20-CV-00150-NONE-LJT

12                  Plaintiff,                  [~~PROPOSED~~] ORDER DIRECTING THE
                                                CLERK OF THE COURT TO ASSIGN A
13        v.                                    DISTRICT JUDGE; ORDER CLOSING THE
                                                ACTION
14   BERRY PETROLEUM CORPORATION,               (Doc. 12)
     a Corporation; BERRY PETROLEUM
15   COMPANY,

16                  Defendants.

17

18

19        The parties have stipulated to the action being dismissed with prejudice.  (Doc. 12) The

20   Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with

21   further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

22   Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this action for

23   purposes of closing it and to close this action.

24   IT IS SO ORDERED.

25        Dated:  __July 7, 2020__            _____/s/ Jennifer L. Thurston___

26                                            UNITED STATES MAGISTRATE JUDGE

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE